# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEEVEN ROBINSON, | NO. CV 09-8974-JVS (MAN) |
| Petitioner, | |
| v. | JUDGMENT |
| LOS ANGELES COUNTY SUPERIOR COURT, | |
| Respondent. | |

Pursuant to the Court's Order Dismissing Petition for Writ of Habeas Corpus Without Prejudice,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: December 9, 2009.

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE